UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| In re:<br><br>John Shirley,<br><br>　　　　　　　Debtor.<br><br>John Shirley,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>United States Department of Education,<br><br>　　　　　　　Defendant. | Case No: 19-21855<br>Chapter 13<br><br><br><br>Adv. Pro. Case No: 24-06010 |

**REPORT OF PARTIES' PLANNING MEETING**
(Held Pursuant to F.R. Civ. P. 26(f))

1. The below counsel for the parties conferred on May 30, 2024, pursuant to F. R. Civ. P. 26(f):

    a. Malissa L. Walden, Walden & Pfannenstiel, LLC, 11900 W. 87th St. Pkwy, Ste 125, Lenexa, KS 66215. Party represented: Plaintiff Kacee Ann DiTacchio.

    b. Steven Brookreson, Office of the United States Attorney, 500 State Ave., Rm. 360, Kansas City KS 66101. Party represented: U.S. Dept. of Education.

2. Nature of Complaint or Matter: Adversary proceeding seeking discharge of student loan debts.

3. Pre-Discovery Disclosures. The parties will exchange the information required by F.R. Civ. P. 26(a)(1) on or before June 7, 2024.

4. All pretrial discovery will be completed by August 2, 2024.

1

5. Reports from retained experts under Rule 26(a)(2) shall be due from Plaintiff by June 14, 2024, and from Defendant by July 19, 2024.

6. Plaintiffs shall prepare and submit a Pretrial Order not later than August 23, 2024. Final lists of witnesses and exhibits under F.R. Civ. P. 26(a)(3) shall be due from both parties by the same date and shall be submitted with the Pretrial Order.

7. Any motion for leave to join additional parties or to amend the pleadings shall be filed by June 14, 2024.

8. All dispositive motions shall be filed by September 13, 2024.

9. Settlement cannot be assessed at this point but can be evaluated prior to July 5, 2024.

    a. Plaitniff has submitted an attestation to DOJ/USDOE with supporting materials in order for the government to review this matter for potential stipulation of partial or full dischargeability.

10. The parties do not believe Alternate Dispute Resolution would be applicable to this case.

11. This case can be ready for trial not later than November 22, 2024. The parties expect the trial to take 1 day.

12. Special issues: not applicable.

13. The parties consent to the Bankruptcy Court's jurisdiction.

14. The parties consent to canceling the Scheduling Conference.

Respectfully Submitted,

/s/ *Malissa Walden*
Malissa Walden, #21143
Walden & Pfannenstiel, LLC
11900 W 87th St Pkwy, Ste 125.
Lenexa, KS 66215
(913) 438-1112
MLWalden@WPLawPractice.com

Attorney for Plaintiff

and

/s/ *Steven W. Brookreson, II*
STEVEN W. BROOKRESON, II
Assistant United States Attorney
Ks. S. Ct. No. 28106
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
Email: Steven.Brookreson@usdoj.gov

Attorney for Defendant